# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

BRANDON CHE LEE,           )
                           )
       Plaintiff,        )
                           )
-vs-                       )   Case No. CIV-17-0860-F
                           )
BUREAU OF PRISONS,         )
                           )
       Defendant.        )

## ORDER

Plaintiff Brandon Che Lee, a federal prisoner appearing pro se whose pleadings are liberally construed, has submitted a complaint alleging violations of Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971).

In Magistrate Judge Bernard M. Jones' Report and Recommendation of September 25, 2017 (doc. no. 7, the Report), the magistrate judge recommends that plaintiff's action be dismissed without prejudice, because plaintiff has failed to comply with the court's orders to cure deficiencies and thus has failed to prosecute this case. The Report states that despite prior warnings given to the plaintiff by the magistrate judge indicating dismissal of this action could be the result if plaintiff failed to cure deficiencies, plaintiff has not paid the $400.00 filing fee, has not submitted an application to proceed in forma pauperis, and has not submitted the complaint on the proper form.

The Report advises plaintiff that any objection to the Report must be filed by October 16, 2017, and that failure to object waives the right to appellate review of

the factual and legal issues addressed in the Report. Plaintiff has not objected to the Report and he has not requested an extension of time within which to do so.

Having reviewed the Report, and with no objection to the Report having been filed, the court finds that it concurs in the recommended rulings as stated in the Report and that no additional discussion is necessary here. The Report (doc. no. 7) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Plaintiff has failed to comply with the court's orders to cure deficiencies and has failed to prosecute this case. Therefore, as recommended in the Report, this action is **DISMISSED** without prejudice.

IT IS SO ORDERED this 30th day of October, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0860p001.docx